**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
Fort Worth DIVISION

**FILED**
**December 17, 2015**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

HONORABLE: Terry R. Means, Presiding
DEPUTY CLERK: Michael Williams
LAW CLERK:
CSO: Ted Carmean
~~PRESIDING~~ COURT REPORTER/TAPE: Ana Warren
USPO: Scott Irwin
INTERPRETER:

CR. No. 4:11-CR-166-Y            DEFT. No. (1)

UNITED STATES OF AMERICA    §
                            §        Mark Nichols for Shawn Smith, AUSA
v.                          §
                            §
GARY MOORE                  §        Peter Michael Fleury, (F)
Defendant's Name                     Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## REVOCATION OF ~~PROBATION~~ / SUPERVISED RELEASE

Revocation of: ☐ Probation  ☒ Supervised Release

Date Held: 12-17-15
Time in Court: 11 min.
Days in Trial:
Hearing Concluded: ☒ Yes  ☐ No

Revocation of Supervised Release (Fill out only if regarding revocation of supervised release)

Hearing Type: ☐ Supervised Release - Evidentiary  ☒ Supervised Release - Non-evidentiary
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None

☒ Sentencing Guidelines
☒ Deft enters a plea of ☒ True ☐ Not True as to Conditions.

☒ Court finds deft ☒ has ☐ has not violated terms of probation.
☒ ~~Probation~~/Supervised Release ☒ revoked ☐ reinstated ☐ modified

☒ SENTENCE TEXT: CUSTODY FBOP: 10 months pursuant to U.S.S.G. § 7B1.4 to run consecutively to any judgment entered in the State Court cases currently pending in Tarrant County, TX. No term of supervised release shall follow defendant's release from custody.

☒ Time to serve 10 months.
☐ Count(s) _____ dismissed on government's motion.
☐ Deft ordered to surrender to the U.S. Marshal on _____.
☐ Deft ordered to surrender to the designated institution on _____.
☐ Deft failed to appear, bench warrant to issue.
☐ Bond continued.
☒ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.
☐ Deft released from custody.

OTHER PROCEEDINGS: