# United States District Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | for revocation of supervised release |
| v. | |
| | Case number: 4:11-CR-166-Y (1) |
| GARY MOORE | Shawn Smith, assistant U.S. attorney |
| | Peter Michael Fleury, attorney for the defendant |

On December 17 2015, a hearing was held, at which time the Court determined that the defendant, Gary Moore, had violated his conditions of supervised release. Accordingly, the defendant is adjudged guilty of such violations, which involve the following conditions:

| CONDITION | NATURE OF VIOLATION | VIOLATION CONCLUDED |
|---|---|---|
| Additional conditions & standard condition no. 7 | Committing another federal, state, or local crime and by using and possessing illegal controlled substances | July and August 2015 |
| Additional conditions | Failing to participate in program for treatment of narcotic or drug or alcohol dependency and failing to submit to substance abuse testing | August 2015 |

The defendant is sentenced as provided in pages one through two of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant shall notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed December 17, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed December 22, 2015.

## IMPRISONMENT

The defendant, Gary Moore, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 10 months, pursuant to U.S.S.G. § 7B1.4. This sentence shall run consecutively to any sentence imposed by the State of Texas on two pending counts of Possession of a Dangerous Drug in a court in Tarrant County, Texas. No term of supervised release shall follow defendant's release from custody.

The defendant is remanded to the custody of the United States marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

_____
United States marshal

BY  _____
    deputy marshal